# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WALTON,<br>Plaintiff,<br>v.<br>ROGERS HELICOPTERS, INC., et al.,<br>Defendants. | Case No. 1:26-cv-05966-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUMMONS RETURNED EXECUTED OR CERTIFICATE OF SERVICE |

This matter was commenced on July 29, 2026. (ECF No. 1.) On August 3, 2026, Plaintiff filed a first amended complaint as a matter of course. (ECF No. 5.) On September 8, 2026, Defendants filed a motion to dismiss. (ECF No. 6.)

The Court now DIRECTS Plaintiff to file a summons returned executed or certificate of service that indicates when Defendants were served and the manner of service, as required by the Court's order setting the mandatory scheduling conference. (ECF No. 3, p. 2.)

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge